J-S34001-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| PAUL J. PHILPOTT, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| MOLLIE MCGINLEY, | |
| Appellee | No. 2196 MDA 2014 |

Appeal from the Order Entered November 25, 2014
In the Court of Common Pleas of Lackawanna County
Domestic Relations at No(s): 13 DR 00868

BEFORE:  BOWES, OTT and STABILE, JJ.

JUDGMENT ORDER BY BOWES, J.:                    **FILED JUNE 22, 2015**

Paul J. Philpott has appealed *pro se* from the November 25, 2014 order denying him spousal support in this action for the same.  Appellant admits that there is a pending divorce action between himself and Appellee, Mollie McGinley.  It is established that a spousal support order cannot be appealed when a divorce action is pending between the parties.  The spousal support order cannot be reviewed until all claims connected with the divorce are resolved, even if the support order is entered in an action separate from the divorce lawsuit.  ***Leister v. Leister***, 684 A.2d 192, 195 (Pa.Super. 1996) ("a spousal support order entered during the pendency of a companion divorce action is not appealable until all claims connected with the divorce action are resolved.").  The order is interlocutory even though it

denied a request for spousal support. ***Shellhamer v. Shellhamer***, 688 A.2d 1219 (Pa.Super. 1997); ***see also***. ***Hoffman v. Hoffman***, 762 A.2d 766 (Pa.Super. 2000) (refusing to address appellant's challenge to denial of supposal support in connection with appeal wherein we reviewed an award of child support). Appellant may obtain redress, if spousal support was improperly denied herein, either in the equitable distribution award itself or in connection with any appeal from the equitable distribution award entered in the divorce action.

Appeal quashed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/22/2015